```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
                     MINUTES OF PROCEEDINGS
```

**JUDGE WILLIAM J. MARTINI**                              **DATE:** 12/16/20

Court Reporter: Walter Perelli

Court Clerk: Gail Hansen

Other: USPO Joanne Young

**TITLE OF CASE:**

United States
v.                                              2:20-cr-00687-01
Peter Jamgochian
--------------------------

**Appearances:**

AUSA David Malagold
Frank Agostino & Jeffrey Dirmann, Jr., Counsel for Defendant
Defendant present via videoconferencing

**NATURE OF PROCEEDINGS: SENTENCING**

Imprisonment: 45 days
Supervised Release: 1 year
Special Conditions:
   1. 3 months home confinement (no location monitoring)
   2. Financial Disclosure
   3. New Debt Restrictions
   4. Cooperate with the IRS
Fine: $7,500 due immediately
Special Assessment: $100.00
Defendant shall voluntary surrender to the Bureau of Prisons not earlier than 3/1/21.
Ordered Counts Two, Three and Four dismissed
Defendant advised of his right to appeal


                                        Gail A. Hansen, Deputy

Time Commenced: 10:00 a.m.
Time Concluded: 11:00 a.m.
Total Time: 60 minutes